### No. 1,405.—FERRIS, APPELLANT, *v.* MATTHEWS, RESPONDENT.

*Appeal from District Court, Cascade County.*

Decided February 11, 1901.

PER CURIAM.—This appeal is dismissed as per stipulation on file herein.

*Mr. J. A. Largent,* for Appellant.